DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE D. LOPEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2625

[November 8, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 13-17834CF10A.

Josue D. Lopez, Crawfordville, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***